# EMPLOYEE WARNING REPORT

Employee's Name: ROBERT MASTROIANNI  Date of Warning: 08-06-93  Dept. SHERIFF  Shift: A-TEAM

Clock or Payroll No.: #172

**Type of Violation**
- ☒ Attendance
- ☒ Carelessness
- ☐ Disobedience
- ☒ Safety
- ☒ Tardiness
- ☐ Work Quality
- ☐ Other SEC. 1.5 NEGLECT OF DUTY
- ~~SEC. 1.15 FALSE STATEMENTS~~

**WARNING**
Violation: Date 08-05-93
Violation: Time 0506-0540 APPROX a.m./p.m.
Place Violation Occurred: CAMDEN & BRANTLEY CO.S

## Company Statement
SEE REVERSE

## Employee Statement
Check Proper Box
- ☐ I concur with the Company's statement.
- ☒ I disagree with the Company's statement for the following reasons:

SEE REVERSE

I have entered my statement of the above matter.
Employee's Signature: [signed]  Date: 080693

## Warning Decision
SGT. MASTROIANNI WILL TAKE ~~THREE~~ ONE WORKING DAYS OFF WITHOUT PAY, AND BE PLACED ON SIX MONTHS PROBATIONARY STATUS EFFECTIVE 08-07-93. ANY VIOLATION OF THE CODE OF CONDUCT OR DEPARTMENT POLICY MAY RESULT IN REDUCTION IN RANK, AND OR TERMINATION. DATES TO BE TAKEN OFF WITHOUT PAY ARE 08-11-93, ~~08-12-93~~, ~~08-13-93~~.

Approved By: CAPT. ROBERT W. GODLEY  Title: PATROL COMMANDER  Date: 08-06-93

### List All Previous Warnings Below
When Warned And By Whom

Previous Warning: 1st Warning
Date _____
Verbal _____
Written _____

Previous Warning: 2nd Warning
Date _____
Verbal _____
Written _____

Previous Warning: 3rd Warning
Date _____
Verbal _____
Written _____

I have read this "warning decision" and understand it.

Employee's Signature: [signed] 1109  Date: 080693
Signature of person who prepared warning: Robert W. Godley  Title: Capt.  Date: 08-06-93
Supervisor's Signature: Robert W. Godley  Capt.  Date: 08-06-93

**Copy Distribution**
- ☒ Employee
- ☒ Personnel Dept.
- ☒ Supervisor
- ☐ Foreman
- ☐ Union Rep.

© 1978 Amsterdam Printing and Litho Corp., Amsterdam, N.Y. 12010  Re-order Form #23310

ON 08-05-93 AT APPROX. 0506 HRS. SGT. MASTROIANNI CALLED INTO THE 911 CENTER VIA RADIO 10-8, 10-41. APPROX. FOUR MINUTES LATER HE GAVE A 10-20 TO 1128 THAT HE WAS AT OAK GROVE CHURCH. APPROX. TWO MINUTES LATER 1109 ACKNOWLEDGED THAT HE WAS CLEAR THAT 1128 WAS STOPPING A VEH. FOR 107 mph. APPROX. FOUR MINUTES LATER AFTER SEVERAL ATTEMPTS BY RADIO TO CONTACT 1109 BY 911 DISPATCHER SOPHIA BEVERLY, SHE RECEIVED A PHONE CALL FROM LINDA MASTROIANNI THAT ROB "WAS ON THE WAY". SOPHIA ASKED WAS ROB THERE AND SHE SAID, YES. SOPHIA THEN ASKED COULD SHE SPEAK TO ROB. ROB ANSWERED THE PHONE AND SOPHIA ASKED HIM SHOULD SHE GET A WOODBINE UNIT HEADED OUT TO BACK UP #1128, AFTER REPEATING IT TO HIM, HE SAID YES BECAUSE THEY WOULD GET THERE BEFORE HE COULD. THE PHONE CALL WAS TERMINATED AND SOPHIA ADVISED 640-D TO BE IN ROUTE TO BACK UP #1128 AND SHE ADVISED #1128 THAT SHE HAD MADE CONTACT WITH #1109 AND HE WOULD BE IN ROUTE. THE NEXT RADIO CONTACT WAS MADE WITH #1109 WAS TWENTY-FOUR MINUTES LATER WHEN HE ASKED 911 DISPATCHER IF THE VIN. NUMBERS ON THE 10-99 VEHICLE HAD BEEN VERIFIED. AT NO TIME DID #1109 ADVISE THE 911 DISPATCHER THAT HE WAS 10-23 WITH UNITS #1128 & 640-D.

IT IS MY DECISION THAT SGT MASTROIANNI WAS NEGLECTFUL IN HIS DUTIES AS A DEPUTY SHERIFF. THE FALSE STATEMENT WAS MADE WHEN HE WAS ASKED HIS LOCATION AND WITHIN MINUTES WAS CONTACTED BY PHONE AND HE WAS NOT AT THE LOCATION IN-WHICH HE HAD SAID HE WAS. THIS NEGLIGENCE AND UNPROFESSIONALISM BY A SERGEANT OF THE CAMDEN COUNTY SHERIFFS DEPARTMENT WILL NOT BE TOLERATED.

Capt. Robert W. Godley #1103
CAPT. ROBERT W. GODLEY

*Talking to Sgt. Mastroianni after making a verbal statement as to what happened he forgot his portable and returned home to pick it up. And he was not clear on all Radio Traffic Probation is not in effect due to Statement given By Sgt. Mastroianni.*

# EMPLOYEE WARNING REPORT

Employee's Name: ROB MASTROIANNI     Date of Warning: _____     Dept.: SHERIFF'S     Shift: DAYS

Clock or Payroll No.: #172

**Type of Violation**
- ☐ Attendance
- ☐ Carelessness
- ☒ Disobedience
- ☐ Safety
- ☐ Tardiness
- ☐ Work Quality
- ☐ Other _____

**WARNING**
Violation: Date: AUG.04,1993
Violation: Time: APPROX. 11:10 A.M.
Place Violation Occurred: SUPERVISOR'S OFFICE

### Company Statement
ON AUG.04,1993 WHILE HAVE A DISCUSSION WITH SGT. MASTROIANNI, AS TO WHY HIS SHIFT WAS NOT MAKING OUT INCIDENT REPORTS ON CERTAIN CASES. I ASKED SGT. MASTROIANNI TO INFORM HIS SHIFT TO MAKE OUT A INCIDENT REPORT OR CARD FROM NOW ON, WITH EVERY CASE THEY WORK. HIS REPLY WAS " NO,I'M NOT GOING TO TELL THEM THAT!". AFTER ARGUING A FEW MORE MINUTES, SGT. MASTROIANNI AGREED TO PUT OUT A MEMO TO THAT EFFECT.  THIS SHOW A LACK OF RESPECT TO HIS SUPERVISOR AND INSUBORDINATION ON HIS PART. THIS IS IN VIOLATION OF THE CAMDEN COUNTY CODE OF CONDUCT SECTION 1-17.

### Employee Statement
Check Proper Box
- ☐ I concur with the Company's statement.
- ☒ I disagree with the Company's statement for the following reasons:

I disagree to the extent that the statement was made in a discussion situation over pending policy not with the intent of disobedience.

I have entered my statement of the above matter.

Employee's Signature: _____ Date: 080693

### Warning Decision
THIS TIME I RECOMMEND ONLY FOR THIS TO BE PLACED IN HIS FILE AND NEXT VIOLATION OF THE CODE OF CONDUCT WILL RESULT IN TIME OFF FROM WORK WITHOUT PAY.

Approved By: _____ ROBERT W. GODLY   CAPTAIN/ PATROL SUPERVISOR   AUG.04,1993
Name / Title / Date

**List All Previous Warnings Below**
When Warned And By Whom

Previous Warning: 1st Warning
  Date _____
  Verbal _____
  Written _____
Previous Warning: 2nd Warning
  Date _____
  Verbal _____
  Written _____
Previous Warning: 3rd Warning
  Date _____
  Verbal _____
  Written _____

I have read this "warning decision" and understand it.

Employee's Signature: _____ 1109   080693
Signature of person who prepared warning: 1108 T.J.GREGORY  LT. ASSIST.PATROL COMMANDER   AUG.04,1993

Supervisor's Signature: _____ Date: _____

**Copy Distribution**
- ☒ Employee
- ☒ Personnel Dept.
- ☒ Supervisor
- ☐ Foreman
- ☐ Union Rep.

© 1978 Amsterdam Printing and Litho Corp., Amsterdam, N.Y. 12010    Re-order Form #23310

# PERSONNEL STATUS CHANGE

INSTRUCTIONS: 1. Appropriate authority initiates action. 2. Forward through channels to Personnel Office for distribution. NOTE: No approval required for name change. Enter only name and dept. no. in Sect. 1.

For any Personnel Change, check appropriate box. Then complete only corresponding section below.

- ☐ New or rehire employee Sec. 1 & 2
- ☐ Rate Change ⎫
- ☐ Merit Increase ⎬ Sec. 3
- ☐ Job Title Change ⎭
- ☐ Transfer Sec. 4
- ☐ Leave of absence Sec. 5
- ☐ Return from leave of absence Sec. 5A
- ☐ Separation Sec. 6
- ☐ Name Change (former name in comments)
- ☐ Other (explain in comments section)

| 1 | LAST NAME | FIRST NAME | MIDDLE | SOCIAL SECURITY NUMBER | DEPARTMENT |
|---|---|---|---|---|---|
| | Mastroianni Sr | Ros | J.J. | | CCI |
| | STREET ADDRESS | CITY | STATE | ZIP | SEX | BIRTHDATE |
| | | Kingsland | GA | 31548 | M | |
| | TELEPHONE | MARITAL STATUS ☐ Single ☒ Married ☐ Divorced ☐ Widow | | VETERAN ☒ | DEPENDENTS 4 | RACE White |

| 2 EMPLOYMENT | Employment Date | Job Title Deputy Sheriff Correction Chief Jailer | Shift 1 2 3 | Rate |
|---|---|---|---|---|
| If previously employed by this firm: | Original Employment Date | Separation Date | Supervisor | Rate |
| ☐ Day ☐ F-time ☐ No Benefits | Eligibility Dates: (For office use only) | Vacation Days Due | Sick Leave Days Due | Other Benefit Plan |
| ☐ Night ☐ P-time PT Hours: | | | | |

| 3 RATE AND/OR TITLE CHANGE | Current Job Title LT Chief Jailer | Current Rate $1,932.67 | Date of last increase |
|---|---|---|---|
| | New Job Title CAPT Chief Jailer | New Rate $2,000.72 — Grade 30M | |

| 4 TRANSFER | From: | To: |
|---|---|---|

| 5 LEAVE OF ABSENCE (Give reason in comments section) | From: | To: |
|---|---|---|
| 5A RETURNED | Date: | ☐ Ins. Notified |

| 6 SEPARATION | ☐ Ins. Notified | Employment date | Last day worked | Rehire? ☐ Yes ☐ No Explain in comments |
|---|---|---|---|---|
| Vac. pay: No. days | Amt. Paid $ | Sev. pay: No. Days | Amt.Paid $ | Benefit plan amount due: $ |

**REASON FOR SEPARATION — CHECK BOX — EXPLAIN IN COMMENTS SECTION**

- ☐ Voluntary Retirement
- ☐ Mandatory Retirement, co. policy
- ☐ Death
- ☐ Illness or injury
- ☐ Leaving area
- ☐ Accept other job
- ☐ Dissatisfied
- ☐ Return to school
- ☐ Family problems
- ☐ Resignation for other reasons
- ☐ Reduction in force
- ☐ Habitually absent or tardy
- ☐ Unreported absence
- ☐ Leaving work without permission
- ☐ Insubordination
- ☐ Reporting under influence of alcohol
- ☐ Drinking on duty
- ☐ Destruction or removal of co. property
- ☐ Falsification of company records
- ☐ Misconduct
- ☐ Other (Explain in comments)

HOW MANY WORK DAYS ADVANCE NOTICE GIVEN? ☐

COMMENTS:

Effective Date of Change: 10/31/05     Hour ☐ AM ☐ PM

Approval Signatures:

Date 10/27/05   Employee
Date 10/27/05   Department Head
Date            County Administrator
Date            Personnel

Camden Printing Form 1582    WHITE-PERSONNEL    CANARY-PAYROLL DEPT.    PINK-DEPT. HEAD

# PERSONNEL STATUS CHANGE

INSTRUCTIONS: 1. Appropriate authority initiates action. 2. Forward through channels to Personnel Office for distribution. NOTE: No approval required for name change. Enter only name and dept. no. in Sect. 1.

For any Personnel Change, check appropriate box. Then complete only corresponding section below.

- ☑ New or rehire employee Sec. 1 & 2
- ☐ Rate Change  ⎫
- ☐ Merit Increase  ⎬ Sec. 3
- ☐ Job Title Change ⎭
- ☐ Transfer Sec. 4
- ☐ Leave of absence Sec. 5
- ☐ Return from leave of absence Sec. 5A
- ☐ Separation Sec. 6
- ☐ Name Change (former name in comments)
- ☐ Other (explain in comments section)

## 1

| LAST NAME | FIRST NAME | MIDDLE | SOCIAL SECURITY NUMBER | DEPARTMENT |
|---|---|---|---|---|
| MASTROIANNI | ROBERT | DON | | PATROL |

| STREET ADDRESS | CITY | STATE | ZIP | SEX | BIRTHDATE |
|---|---|---|---|---|---|
| | KINGSLAND | GA | 31548 | M | |

| TELEPHONE | MARITAL STATUS | VETERAN | DEPENDENTS | RACE |
|---|---|---|---|---|
| | ☐ Single  ☑ Married  ☐ Divorced  ☐ Widow | ☑ | 3 | W |

## 2 EMPLOYMENT

| Employment Date | Job Title | Shift 1 2 3 | Rate |
|---|---|---|---|
| 12/19/02 | DEPUTY SHERIFF | | 11.20/HR. |

| If previously employed by this firm: | Original Employment Date | Separation Date | Supervisor | Rate |
|---|---|---|---|---|
| | | | | |

☐ Day  ☑ F-time  ☐ No Benefits    Eligibility Dates:    Vacation Days Due    Sick Leave Days Due    Other Benefit Plan
☐ Night  ☐ P-time    PT Hours:    (For office use only)

## 3 RATE AND/OR TITLE CHANGE

| Current Job Title | Current Rate | Date of last increase |
|---|---|---|
| New Job Title | New Rate | |

## 4 TRANSFER
From: ___ To: ___

## 5 LEAVE OF ABSENCE (Give reason in comments section)
From: ___ To: ___

## 5A RETURNED
Date: ___  ☐ Ins. Notified

## 6 SEPARATION

| ☐ Ins. Notified | Employment date | Last day worked | Rehire?  ☐ Yes  ☐ No  Explain in comments |
|---|---|---|---|

Vac. pay: No. days ___  Amt. Paid $ ___  Sev. pay: No. Days ___  Amt. Paid $ ___  Benefit plan amount due: $ ___

### REASON FOR SEPARATION — CHECK BOX — EXPLAIN IN COMMENTS SECTION

- ☐ Voluntary Retirement
- ☐ Mandatory Retirement, co. policy
- ☐ Death
- ☐ Illness or injury
- ☐ Leaving area
- ☐ Accept other job
- ☐ Dissatisfied
- ☐ Return to school
- ☐ Family problems
- ☐ Resignation for other reasons
- ☐ Reduction in force
- ☐ Habitually absent or tardy
- ☐ Unreported absence
- ☐ Leaving work without permission
- ☐ Insubordination
- ☐ Reporting under influence of alcohol
- ☐ Drinking on duty
- ☐ Destruction or removal of co. property
- ☐ Falsification of company records
- ☐ Misconduct
- ☐ Other (Explain in comments)

HOW MANY WORK DAYS ADVANCE NOTICE GIVEN? ___

COMMENTS: NEW HIRE/REHIRE TO BE PAID FROM FEDERAL FUNDS FOR A PERIOD OF ONE YEAR

Effective Date of Change: 12/19/02    Hour: 0800  ☐ AM  ☐ PM

Approval Signatures:

Date ___  Employee    Date 12/19/02  Department Head
Date ___  County Administrator    Date ___  Personnel

Camden Printing Form 1582    WHITE—PERSONNEL    CANARY—PAYROLL DEPT.    PINK—DEPT. HEAD

17. Fill in below the names of four (4) persons who are friends, fellow students, or fellow workers (DO NOT use as references persons related to you or former employers).

*Name: Jim Proctor   Address: _____
Woodbine GA 31569
City   State   Zip Code

Name and Address of Employer: Camden Co. Sheriff Dept
Woodbine GA 31569
City   State   Zip Code

Occupation: Jail Administrator
Business Phone: 510-5100   Residence Phone: _____
In what capacity is above known to you? Friend and Previous Co-worker

*Name: Gary Willis   Address: _____
St Marys GA 31558
City   State   Zip Code

Name and Address of Employer: Cumberland National Bank
St Marys GA 31558
City   State   Zip Code

Occupation: President
Business Phone: _____   Residence Phone: _____
In what capacity is above known to you? Friend

*Name: RD Smith   Address: _____
Kingsland GA 31548
City   State   Zip Code

Name and Address of Employer: Advanced Chiropractic
St Marys GA 31558
City   State   Zip Code

Occupation: Dr/Owner
Business Phone: _____   Residence Phone: _____
In what capacity is above known to you? Friend/Patient

(4)

From _____ To _____ Exact Title of Position _HELPER_
Name and Address of Employer _DURANGO PAPER CO_
_ST MARYS_  _GA_  _31558_
City  State  Zip Code
Phone Number _(912) 882 0293_
Your Duties _ASSIST IN OPERATING BOILER_
Supervisor's Name _FRANK PIRACR_  Salary Per Month _16⁸⁴ PER HR_
Reason for Leaving _MILL CLOSING_

From _12/99_ To _05/01_ Exact Title of Position _DEPUTY SHERIFF PART TM_
Name and Address of Employer _CAMDEN CO. SHERIFF DEPT_
_WOODBINE_  _GA_
City  State  Zip Code
Phone Number _510 5100_
Your Duties _DEPUTY SHERIFF_
Supervisor's Name _SHERIFF SMITH_  Salary Per Month _11⁰⁰ PER HR_
Reason for Leaving _TEMP WORK_

From _03/88_ To _04/94_ Exact Title of Position _DEPUTY SGT_
Name and Address of Employer _CAMDEN CO SHERIFF DEPT_
_WOODBINE_  _GA_
City  State  Zip Code
Phone Number _510 5100_
Your Duties _DEPUTY SHERIFF_
Supervisor's Name _SHERIFF SMITH_  Salary Per Month _10⁰⁰ PER HR_
Reason for Leaving _FINANCIAL INCREASE_

From _____ To _____ Exact Title of Position _____
Name and Address of Employer _____
_____
City  State  Zip Code
Phone Number _____
Your Duties _____
Supervisor's Name _____  Salary Per Month _____
Reason for Leaving _____

(11)