


# Data Report System
## Individual Officer Profile

*Created: 06-13-2022 12:29*
*Requested by: Jill Perry*



O045672

| | |
|---|---|
| Officer Key | O045672 |
| Officer Name | **ROBERT DON MASTROIANNI** |
| Race | Two or More Races (Not Hispanic/Latino) |
| Education | Bachelor's Degree |
| Status | In Good Standing |

## Officer Certifications

| Certification | Description | Certification Type | Status |
|---|---|---|---|
| PBJA2013O045672 | JAILER | Basic | Active |
| PS0987R041S | RADAR OPERATOR | Specialized | Active |
| PBLE830308S | BASIC LAW ENFORCEMENT | Basic | Active |

## Officer Legacy Certifications

| Certification | Description | Certification Type | Status |
|---|---|---|---|
| PROB 083090 | PROB | Basic POST Registration | Active |
| PROB 121585 | PROB | Basic POST Registration | Active |

## Instructor Certifications
None Found

## Employment History

| Agency | Rank | Start Date | End Date | Status |
|---|---|---|---|---|
| CAMDEN COUNTY SHERIFFS OFFICE | Major | January 1, 2013 | | Actively Employed in Law Enforcement |
| BRUNSWICK POLICE DEPARTMENT | Peace Officer | March 23, 2009 | December 27, 2012 | Voluntary Resignation |
| CAMDEN COUNTY SHERIFFS OFFICE | Lieutenant | January 2, 2003 | January 4, 2009 | Reduction in Force/Lay Off |
| CAMDEN COUNTY SHERIFFS OFFICE | Peace Officer | September 1, 1992 | April 18, 1994 | Voluntary Resignation |
| CAMDEN COUNTY SHERIFFS OFFICE | Peace Officer | March 16, 1988 | August 30, 1992 | Voluntary Resignation |
| NAHUNTA POLICE DEPARTMENT | Peace Officer | December 11, 1986 | March 5, 1988 | Voluntary Resignation |
| AUGUSTA POLICE DEPARTMENT / Inactive | Peace Officer | July 1, 1982 | January 3, 1985 | Terminated |

## Sanctions

| Body | Date | Sanction |
|---|---|---|
| Final Action | August 30, 1990 | PROBATION 24 MONTHS |
| Final Action | November 7, 1985 | PROBATION 24 MONTHS |

## Investigations

| Date Opened | I-Stat | C-Stat |
|---|---|---|
| November 7, 1985 | Closed | Complete |