# EXHIBIT "C"

To whom this may concern. My name is Latrezz Singleton, I swear everything I will tell you is true and correct. Plus it's on video and audio. On June 2, 2019 on or about 9:10 Am I asked officer Biegel could he turn in my visitation list so I could receive my visit. I had already asked Biegel once already that morning But he never came back to get the list from out of my door. When I asked him the second time he came around, officer Biegel yelled at me to shut up and stop crying like a little bitch and then walked off from my cell door and around the corner. I then yelled back to Biegel I ain't no bitch, you the bitch "Bitch".

Immediatly officer Biegel came storming around the Corner and Immediatly unlocked my cell door acting very Belligerent and began punching me in the face with a closed fist. Inmates who was witnessing the whole altercation begin to scream and beat on the door for Biegel to stop assaulting me. Two other officers then ran into the cell and begin assaulting me as well, I never threw a punch or did at anytime did I fight back while Officer Biegel, Malone and Vellejo assaulted me. At no time did I pose a threat to me or Biegel, I was locked behind a Secure door. The audio and Camera will show me screaming for the Officers to stop, also them choking, punching and kicking me in the face.

My eyes, lips, head, plus my shoulder and elbows was all busted and bleeding. Calvin Atway who was a inmate worker who walks around the Jail cleaning had called my family and told them about the officers assaulting me, plus how they was refusing to give me medical treatment due to the assault. I never received medical treatment until I went to Glynn County Jail, and they sent me to a outside hospital to get treatment for my injuries. Inmates who witness the assault have wrote Grievances and statements on my behalf, also other officers that no longer work here because they could not deal with the Corruption any longer is willing to testify on my behalf. This is a on going problem here in the Camden County Jail, Inmates are being beat down by officers who think they above the law. I am constantly being asked by the head Administration Watson, who wants to cover this up, for me to just forget the whole thing, or why am I trying to sue him. I will not allow myself to be intimidated or Bullied I want Justice. If I would have been guilty or in the wrong I would have been Charged with assault on a officer but I am not. I want these crooked officers exposed to Justice and something done for them assaulting me. If you could please take my case I promise you this will not be a waste of your time. I already have medical records, and witnesses, plus everything is on camera and audio. Thank for you time and patience

Thank you Sincerly

Inmate Witness
James Stewart - Inmate           *Latrezz Singleton*
Calvin Atway - Inmate
Michael Hamilton - Inmate
Officer Cochren
Officer Duhrant