IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ADAM DRUMMOND,<br><br>    Plaintiff,<br><br>  v.<br><br>LARRY PHELPS; JORDAN MALONE;<br>LUIS VALLEJO; ROB MASTROIANNI; and<br>KENDALL BENJAMIN,<br><br>    Defendants. | CIVIL ACTION NO.: 2:22-cv-33 |

**O R D E R**

Plaintiff filed this action on April 1, 2022.  Doc. 1.  On April 4, 2022, the Court issued its standard Rule 26 Instruction Order.  Doc. 2.  The Court granted in part and denied in part Defendants' motion to dismiss Plaintiff's Second Amended Complaint on March 20, 2023, and the remaining Defendants filed their Answer to Plaintiff's Second Amended Complaint on April 3, 2023.  Doc. 50.

Federal Rule of Civil Procedure 26(f) requires the parties to meet and confer at the initiation of a lawsuit.  Rule 26 requires the parties to discuss a number of things, including the prospects for resolving a case, initial discovery disclosures, and a proposed discovery plan.  The attorneys of record are "jointly responsible" for scheduling and attending the conference.  Fed. R. Civ. P. 26(f)(2).  Further, pursuant to Local Rule 26.1(a) of this Court, the parties must hold the Rule 26(f) conference by the earlier of 60 days after any defendant has been served with the complaint or 45 days after any defendant has appeared.  Within 14 days of that conference, the parties are to file a report with the Court.  Local R. 26.1(b); Doc. 2.  Despite these guidelines and instructions from the Court, the parties have not filed their Rule 26(f) report.  No party moved to

stay these proceedings, nor did the Court impose a stay, pending resolution of the motion to dismiss. Presumably, the parties either agreed to not pursue discovery while the motions to dismiss were pending or pursued discovery during that time without providing the Court with a Rule 26(f) report. Regardless, at this point, the parties must satisfy their obligations under Rule 26 and proceed with discovery.

Accordingly, the Court **ORDERS** the parties to confer under Rule 26(f) within 14 days of this Order and submit a Rule 26(f) report within 7 days of their Rule 26(f) conference. The parties are to use and fully complete the Rule 26(f) form for use in Judge Wood/Judge Cheesbro cases, which can be found on the Court's website.

**SO ORDERED**, this 24th day of April, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA