IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| ADAM DRUMMOND, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | FILE NO.: 2:22-CV-00033-LGW-BWC |
| v. | ) | |
| | ) | |
| | ) | |
| SHERIFF'S CORRECTIONS OFFICER | ) | |
| LARRY PHELPHS, in his personal | ) | |
| capacity, SHERIFF'S CORRECTIONS | ) | |
| OFFICER CORPORAL JORDAN | ) | |
| MALONE, in his personal capacity, | ) | |
| SHERIFF'S CORRECTIONS SERGEANT | ) | |
| LUIS VALLEJO, in his personal capacity | ) | |
| SHERIFF'S DEPUTY MAJOR ROB | ) | |
| MASTROIANNI, SR., in his personal | ) | |
| capacity, | ) | |
| SHERIFF'S CORRECTIONS OFFICER | ) | |
| KENDALL BENJAMIN, in her personal | ) | |
| capacity | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CONSENT MOTION TO STAY PENDING MEDIATION**

COME NOW the parties and jointly move the Court to enter an order staying all deadlines in this matter pending the outcome of the parties' forthcoming mediation.

The parties have agreed to mediate this matter with David Nutter of Miles Mediation & Arbitration and have tentatively agreed to a mediation date of November 2, 2023. The parties intend to use the requested stay to prepare for and participate in this mediation to further the goal of resolving this matter without the need for further litigation. If this stay is granted, the parties will notify the Court within five business days after the mediation as to whether or not the mediation was successful.

The parties further request that the Court's order provide that, in the event the mediation is unsuccessful, the parties' will promptly inform the Court and address any additional discovery time that they believe is necessary.

Therefore, the parties respectfully request that this Court stay all deadlines in this case so that they may mediate their dispute. A proposed order is attached for the Court's convenience.

Respectfully submitted, this 29th day of September, 2023.

| For Plaintiff: | For Defendants: |
|---|---|
| */s/ M. Waite Thomas* <br> M. Waite Thomas <br> Georgia Bar No. 617667 <br> Taylor Odachowski Schmidt Crossland, LLC <br> 300 Oak Street <br> St. Simons Island, Georgia 31522 <br> 912-634-0955, Ext. 116 <br> wthomas@tosclaw.com <br><br> */s/ Harry M. Daniels* <br> Harry M. Daniels, *pro hac vice* <br> Georgia Bar No. 234158 <br> Law Offices of Harry M. Daniels, LLC <br> 4751 Best Road, Suite 490 <br> Atlanta, Georgia 30337 <br> (678) 664-8529 <br> daniels@harrymdaniels.com | */s/ Steven L. Grunberg* <br> Sun S. Choy <br> Georgia Bar No. 025148 <br> schoy@fmglaw.com <br> Wesley C. Jackson <br> Georgia Bar No. 336891 <br> wjackson@fmglaw.com <br> Steven Grunberg <br> Georgia Bar No. 146397 <br> sgrunberg@fmglaw.com <br> FREEMAN MATHIS & GARY, LLP <br> 100 Galleria Parkway, Suite 1600 <br> Atlanta, Georgia 30339-5948 <br> Telephone: (770) 818-0000 <br> Facsimile: (770) 937-9960 |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **CONSENT MOTION TO STAY PENDING MEDIATION** using the CM/ECF filing system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF system participants:

M. Waite Thomas
Taylor Odachowski Schmidt Crossland, LLC
300 Oak Street
St. Simons Island, Georgia 31522
wthomas@tosclaw.com

Harry M. Daniels, *pro hac vice*
Law Offices of Harry M. Daniels, LLC
4751 Best Road, Suite 490
Atlanta, Georgia 30337
daniels@harrymdaniels.com

This 29th day September, 2023.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Steven L. Grunberg*
Sun S. Choy
Georgia Bar No. 025148
Wesley C. Jackson
Georgia Bar No. 336891
Steven Grunberg
Georgia Bar No. 146397

*Counsel for Defendants*

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T: (770) 818-0000
F: (770) 937-9960
E: schoy@fmglaw.com
   wjackson@fmglaw.com
   sgrunberg@fmglaw.com