IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ADAM DRUMMOND,<br><br>    Plaintiff,<br><br>v.<br><br>CAMDEN COUNTY SHERIFF JIM PROCTOR, in his personal capacity, SHERIFF'S CORRECTIONS OFFICER LARRY PHELPS, in his personal capacity, SHERIFF'S CORRECTIONS OFFICER CORPORAL JORDAN MALONE, in his personal capacity, SHERIFF'S CORRECTIONS SERGEANT LUIS VALLEJO, in his personal capacity, SHERIFF'S DEPUTY MAJOR ROB MASTROIANNI, SR., in his personal capacity, SHERIFF'S DEPUTY LIEUTENANT ERIC WATSON, in his personal capacity, SHERIFF'S CORRECTIONS OFFICER RAKITA DOUGLAS, in her personal capacity, SHERIFF'S CORRECTIONS OFFICER KENDALL BENJAMIN, in her personal capacity, SHERIFF'S CORRECTIONS OFFICER WILLIAM HATFIELD, in his personal capacity.<br><br>    Defendants. | Civil Action File No. 2:22-CV-00033-LGW-BWC |

## **NOTICE OF SETTLEMENT**

  COMES NOW the Plaintiff the above-styled action, and, by and through counsel of record, gives notice that the Parties have reached a preliminary settlement agreement. The Parties are working toward memorializing the terms of the settlement agreement and will file appropriate dismissals following execution of the same.

Respectfully Submitted, this __14th__ day of __November__, 2023.

                                                   /s/ *M. Waite Thomas*
                                           M. WAITE THOMAS
                                           Georgia State Bar No:    617667
                                           *Attorney for Plaintiff*

TAYLOR, ODACHOWSKI SCHMIDT
   & CROSSLAND, LLC
300 Oak Street, Suite 200
Saint Simons Island, Georgia   31522
Phone:         (912) 634-0955
Fax:             (912) 638-9739
Email:          wthomas@tosclaw.com

## CERTIFICATE OF SERVICE

This hereby certifies that on this day, I electronically filed the ***Plaintiff's Notice of Settlement*** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Sun S. Choy, Esq.
schoy@fmglaw.com
Wesley C. Jackson, Esq.
wjackson@fmglaw.com
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia  30339-5948

This   14th   day of   November  , 2023.

                 /s/ *M. Waite Thomas*
                 M. WAITE THOMAS
                 Georgia State Bar No:          617667
                 *Attorney for Plaintiff*

TAYLOR, ODACHOWSKI SCHMIDT
 & CROSSLAND, LLC
300 Oak Street, Suite 200
Saint Simons Island, Georgia   31522
Phone:          (912) 634-0955
Fax:               (912) 638-9739
Email:           wthomas@tosclaw.com