UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| ADAM DRUMMOND, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 2:22-CV-00033-LGW-BWC |
| | : | |
| LARRY PHELPS, et al. | : | |
| | : | |
| Defendants. | : | |

## DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, **Adam Drummond**, in the above-captioned action, by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1) voluntarily dismisses his claims against Defendants, WITH prejudice.

Respectfully submitted, this 14th day of December, 2023.

                                           /s/ *M. Waite Thomas*
                                           M. Waite Thomas, Esq.
                                           Georgia State Bar No. 617667
                                           Attorney for Plaintiff

TAYLOR ODACHOWSKI SCHMIDT
      & CROSSLAND, LLC
300 Oak Street, Suite 200
St. Simons Island, Georgia 31522
Telephone:     (912) 634-0955
Facsimile:      (912) 638-9739
wthomas@tosclaw.com

                                           /s/ *Harry M. Daniels*
                                           Harry M. Daniels, Esq.
                                           Georgia State Bar No. 234158
                                           *Pro Hac Vice* Attorney for Plaintiff

LAW OFFICES OF HARRY M. DANIELS, LLC
4751 Best Road, Suite 490

Atlanta, Georgia 30337  
Telephone:      (678) 664-8529  
daniels@harrymdaniels.com

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that I have this day served a copy of *Dismissal* via email and U.S. Mail to:

Sun S. Choy, Esq.
schoy@fmglaw.com
Wesley C. Jackson, Esq.
wjackson@fmglaw.com
Steven L. Grunberg, Esq.
sgrunberg@fmglaw.com
Freeman Mathis & Gary, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
*Attorneys for Defendants*

The 14th day of December, 2023.

/s/ *M. Waite Thomas*
M. WAITE THOMAS
Georgia State Bar No: 617667
Attorney for Plaintiff


TAYLOR ODACHOWSKI SCHMIDT
    & CROSSLAND, LLC
300 Oak Street, Suite 200
St. Simons Island, Georgia 31522
Telephone:    (912) 634-0955