IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| ADAM DRUMMOND, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | FILE NO.: 2:22-CV-00033-LGW-BWC |
| v. | ) | |
| | ) | |
| SHERIFF'S CORRECTIONS OFFICER | ) | |
| LARRY PHELPHS, in his personal | ) | |
| capacity, SHERIFF'S CORRECTIONS | ) | |
| OFFICER CORPORAL JORDAN | ) | |
| MALONE, in his personal capacity, | ) | |
| SHERIFF'S CORRECTIONS SERGEANT | ) | |
| LUIS VALLEJO, in his personal capacity | ) | |
| SHERIFF'S DEPUTY MAJOR ROB | ) | |
| MASTROIANNI, SR., in his personal | ) | |
| capacity, | ) | |
| SHERIFF'S CORRECTIONS OFFICER | ) | |
| KENDALL BENJAMIN, in her personal | ) | |
| capacity | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### DEFENDANTS LARRY PHELPS, JORDAN MALONE, LUIS VALLEJO, ROB MASTROIANNI, AND KENDALL BENJAMIN'S STIPULATION OF DISMISSAL

COME NOW defendants Larry Phelps, Jordan Malone, Luis Vallejo, Rob Mastroianni, and Kendall Benjamin, in their individual capacities, by and through the undersigned counsel, and hereby stipulate to plaintiff's dismissal with prejudice. (Doc. 67.)

**FREEMAN MATHIS & GARY, LLP**

*/s/ Steven L. Grunberg*
SUN S. CHOY
Georgia Bar No. 025148
schoy@fmglaw.com
WESLEY C. JACKSON
Georgia Bar No. 336891
wjackson@fmglaw.com

STEVEN L. GRUNBERG
Georgia Bar No. 146397
sgrunberg@fmglaw.com

*Attorneys for Larry Phelps, Jordan Malone, Luis Vallejo, Rob Mastroianni, and Kendall Benjamin in their individual capacities*

100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing *DEFENDANTS LARRY PHELPS, JORDAN MALONE, LUIS VALLEJO, ROB MASTROIANNI, AND KENDALL BENJAMIN'S STIPULATION OF DISMISSAL* to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record are:

M. Waite Thomas
Taylor Odachowski Schmidt Crossland, LLC
300 Oak Street
St. Simons Island, Georgia 31522
wthomas@tosclaw.com

Adrienne Browning
Alan D. Tucker
Tucker & Browning Law, P.C.
Riverfront Plaza
4 Saint Andrews Court
Brunswick, GA 31520
adrienne@tuckerandbrowning.com
alan@tuckerandbrowning.com

This 14th day of December, 2023.

*/s/ Steven L. Grunberg*
STEVEN L. GRUNBERG
Georgia Bar No. 146397
sgrunberg@fmglaw.com

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)