# In the United States District Court for the Southern District of Georgia Brunswick Division

ADAM DRUMMOND,

    Plaintiff,

v.

LARRY PHELPS, Sheriff's Corrections Officer, in his personal capacity, et al.,

    Defendants.

CV 2:22-033

### ORDER

Before the Court is Plaintiff Adam Drummond's notice of voluntary dismissal, dkt. no. 67, to which all Defendants have stipulated, dkt. no. 68. Collectively, the parties notify the Court that they wish to dismiss this action with prejudice. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in this action are hereby **DISMISSED** with prejudice. Each party shall bear his own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 18 day of December, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA